SEALED

BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2709
Facsimile: (916) 448-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED

AUG 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:

3836 DON JULIO BOULEVARD
NORTH HIGHLANDS, CA 95660

) S.W. NO. 2:11-SW-0343 EFB
)
)
)
) ORDER RE: REQUEST TO SEAL
) DOCUMENTS
)
)
)
)
)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, complaint, and arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: August 16, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1                                Order Re: Request to Seal Documents